Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY MENICHIELLO** and **DENMAR CONSULTING INC., dba MARTIN & ASSOCIATES,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **BIZFI.COM, MERCHANT CASH AND CAPITAL, LLC**, and DOES 1 through 10, inclusive <br><br> Defendant. | Case No. 8:16-cv-00746-R-SS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice of Dismissal - 1

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the entire case without prejudice. Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 2nd day of May, 2016.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 2nd day of May, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 2nd day of May, 2016, via the ECF system to:

Honorable Manuel L. Real
United States District Court
Central District of California

This 2nd day of May, 2016.
By: s/Todd M. Friedman
     Todd M. Friedman